# Court of Appeals
# of the State of Georgia

ATLANTA,  May 31, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0432.  DARNELL AMISON v. PAMELA CAIN.**

Darnell Amison filed this application for discretionary appeal from an order denying his motion to recuse the trial judge from a pending legitimation and custody proceeding.  We, however, lack jurisdiction.

An order denying a motion to recuse is interlocutory. *Murphy v. Murphy*, 322 Ga. App. 829, 830 (747 SE2d 21) (2013).  In order to appeal such an order, an applicant must comply with the interlocutory appeal procedure and obtain a certificate of immediate review.  OCGA § 5-6-34 (b).  Although Amison contends that a discretionary application is proper under OCGA § 5-6-35 (a) (2) on the basis that this is a domestic relations case, "[t]he discretionary appeal statute does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-34 (b)." *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).  Amison's failure to follow the proper appellate procedure deprives us of jurisdiction to consider his application.  See *Warringer v. Warringer*, 204 Ga. App. 86, 86 (418 SE2d 446) (1992).  Accordingly, his application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/31/2017*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*